# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

BRADLEY WEBSTER,

      Plaintiff,

vs.

BLOOMFIELD HILLS PUBLIC SCHOOL DISTRICT, a local educational agency (LEA), CHRISTINE BARNETT, and KELLY BOHL, individually,

      Defendants.

Case No. 19-10540
Hon. Nancy G. Edmunds

---

**GWINN LEGAL, PLLC**
By:   Daniel A. Gwinn (P53663)
       Laura Bradshaw-Tucker (P42652)
Attorneys for Plaintiff
901 Wilshire Drive, Suite 550
Troy, MI 48084
(248) 247-3300
daniel@gwinnlegal.com
laura@gwinnlegal.com

**LUSK ALBERTSON, PLC**
By:   Kevin T. Sutton (P65364)
       Anya M. Lusk (P78137)
Attorney for Defendants
409 East Jefferson Ave., Fifth Floor
Detroit, MI 48226
(248) 258-2850
ksutton@luskalbertson.com
alusk@luskalbertson.com

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Bradley Webster and Defendants Bloomfield Hills Schools, Christine Barnett, and Kelly Bohl, through their respective undersigned counsel, hereby stipulate to entry of the following:

**IT IS HEREBY ORDERED** that the parties have reached an amicable resolution of the claims and defenses asserted in this case and Defendants are dismissed with prejudice and without costs to any party.

This order resolves all pending claims and closes this case in its entirety.

s/ Nancy G. Edmunds
_____
U.S. District Court Judge

This order is approved for entry by:

| | |
|---|---|
| */s/Daniel A. Gwinn (with permission)* | */s/Anya M. Lusk* |
| Daniel A. Gwinn (P53663) | Anya M. Lusk (P78137) |
| Attorney for Plaintiff | Attorney for Defendants |